IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL 19-71 |
| | : | |
| V. | : | HON. R. BARCLAY SURRICK |
| | : | |
| VICTOR DELUCA | : | |

ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of defendant's Motion to Continue Sentencing Hearing, it is hereby ORDERED that the sentencing hearing in this matter is continued to _____, 2022.

BY THE COURT:

_____
HON. R. BARCLAY SURRICK
Judge, United States District Court

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL  19-71 |
| | : | |
| V. | : | HON. R. BARCLAY SURRICK |
| | : | |
| VICTOR DELUCA | : | |

MOTION TO CONTINUE SENTENCING HEARING

Defendant Victor DeLuca, by his counsel, Caroline Goldner Cinquanto, Esquire, respectfully requests this Court to continue the sentencing hearing in the above captioned matter and in support thereof states the following:

1. Victor DeLuca is scheduled to be sentenced on February 3, 2022.

2. Undersigned counsel requires additional time to prepare for sentencing and respectfully requests a continuance of the sentencing hearing for forty-five days.

3. AUSA Jonathan Ortiz has no objection to this request to continue the sentencing hearing.

WHEREFORE, undersigned counsel respectfully requests that this Court continue the sentencing hearing in this matter for an additional forty-five days.

Respectfully submitted,

*/s/ Caroline Goldner Cinquanto, Esquire*
The Law Firm of Caroline Goldner Cinquanto
Two Greenwood Square
3331 Street Road, Suite 450
Bensalem, PA  19020

Dated:  January 30, 202

2

CERTIFICATE OF SERVICE

I, Caroline Goldner Cinquanto, hereby certify that on this date I delivered by electronic means a true and correct copy of the foregoing Motion to the following counsel:

> AUSA Jonathan Ortiz
> United States Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA  19106

> */s/ Caroline Goldner Cinquanto, Esquire*
> The Law Firm of Caroline Goldner Cinquanto
> Two Greenwood Square
> 3331 Street Road, Suite 450
> Bensalem, PA  19020
> Office:  215.910.2732
> Email:  carrie@cgclegal.com

Date:  January 30, 2022